No. D–2376. IN RE DISBARMENT OF GOMEZ. Disbarment entered. [For earlier order herein, see 541 U. S. 985.]

No. D–2377. IN RE DISCIPLINE OF VINYARD. It is ordered that Michael C. Vinyard, of Ottumwa, Iowa, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 04–104. UNITED STATES v. BOOKER. C. A. 7th Cir.; and
No. 04–105. UNITED STATES v. FANFAN. C. A. 1st Cir. Motion of the Acting Solicitor General for leave to file a reply brief in excess of the page limits granted. Certiorari in No. 04–104 granted. Certiorari before judgment in No. 04–105 granted. Cases consolidated, and a total of two hours allotted for oral argument. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, September 1, 2004. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, September 21, 2004. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, September 27, 2004. Oral argument set for Monday, October 4, 2004.